In the Matter of ROCHESTER GAS & ELECTRIC CORPORATION, Respondent, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

Submitted April 19, 1948; decided April 23, 1948.

*Edmund B. Naylon, T. Carl Nixon, Earl L. Dey, George Foster, Jr., Allen E. Throop* and *James B. Liberman* for respondents.

*Samuel R. Madison* and *Sherman C. Ward* opposed.

Motion denied, with leave to renew upon the argument of the appeal.